
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 08 2005
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JENNIFER WHITFIELD                          PLAINTIFF

v.                          4:04CV00592 SWW/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                          DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray and the objections filed in response. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #2) be and it hereby is DISMISSED, WITH PREJUDICE. Judgment shall be entered accordingly.

DATED this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)