FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 8 2005

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JENNIFER WHITFIELD                                                     PLAINTIFF

v.                              4:04CV00592 SWW/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this case be DISMISSED, WITH PREJUDICE. The relief sought is DENIED.

DATED this 7th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE